LAWRENCE D. LANDRINE et al., appellants,

*v.*

GEORGE GIFFORD, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Gifford* v. *Landrine, 10 Stew. Eq. 127.*

*Mr. Gilbert Collins,* for appellants.

*Mr. William Brinkerhoff,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor.